Sam C. Gregory, PLLC
SBN 00792547
2742 82nd Street
Lubbock, Texas 79423
Phone:(806) 687-4357
Fax:    (806) 687-1866
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| In Re: | * | |
| --- | --- | --- |
| | * | |
| Christopher Lynn Brawley | * | CASE NO. 17-50115–RLJ-13 |
| | * | |
| | * | Hearing Date:  10/27/2021 |
| Debtor(s) | * | Hearing Time:  9:00 a.m. |

### MODIFICATION OF PLAN AFTER CONFIRMATION, NOTICE OF HEARING AND NOTICE OF TRUSTEE'S PRE-HEARING CONFERENCE

PLAN MODIFICATION DATE:  August 24, 2021

### DISCLOSURES
(Check 1 of the following 2 choices)

| | |
| --- | --- |
| | This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX. |
| X | This *Plan Modification* does not contain *Nonstandard Provisions*. |

### NOTICE OF HEARING

On the 27th day of October, 2021 at 9:00 a.m., a hearing on the foregoing "Modification of Plan after Confirmation" will be held before the Honorable Robert L. Jones, Bankruptcy Judge, U.S. Courthouse, Room 314, 1205 Texas Ave., Lubbock, Texas.  Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF TRUSTEE'S PRE-HEARING CONFERENCE AND RIGHT TO OBJECT

A **PRE-HEARING CONFERENCE** will be held by the Trustee on the 21st day of October, 2021 at 2:00 P.M. at the office of the Chapter 13 Trustee, 1407 Buddy Holly Ave, Lubbock, Texas.

**NOTICE** is hereby given that pursuant to 11 U.S.C. §1329 and the Standing Order Concerning All Chapter 13 Cases for the Northern District of Texas (General Order 2021-05) the foregoing Modification of Plan After Confirmation **will be approved** by the Court as the Debtor's(s') Modified Chapter 13 Plan unless a party in interest files a written objection no later than seven (7) days prior to the date of the Trustee's Pre-Hearing Conference noted above with copies sent to the Chapter 13 Trustee, 1407 Buddy Holly Ave., Lubbock, TX 79401 and Debtor's(s') counsel at 2742 82nd Street, Lubbock, TX 79423. Objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

## MODIFICATION OF PLAN AFTER CONFIRMATION

Pursuant to 11 USC Section 1329, the Debtor(s) through the undersigned attorney, request(s) the following Modification of Debtor's(s') Confirmed Plan herein:

### I.

### HISTORY OF THE CASE

| 1. | Date Case Filed: | 05/01/2017 |
|---|---|---|
| 2. | Date of §341 Meeting: | 06/14/2017 |
| 3. | First Payment Date: | 06/01/2017 |
| 4. | Date of Confirmation: | 08/03/2017 |
| 5. | Total Plan Term Prior to this Modification: | 60 |
| 6. | Number of Months from First Payment Date through month prior to estimated month of Modification Approval: | 52 |
| 7. | Remaining Plan Term (subtract items 6 from item 5): | 8 |
| 8. | Amount of Arrears through last month: | $12,756.16 |
| 9. | Total Amount **Paid** to the Trustee through last month: | $108,596.02 |
| 10. | Dates of any Prior Order(s) Modifying Plan: | 02/27/2020<br>09/25/2020<br>02/26/2021 |

### II.

### MODIFICATION REQUESTED
(Check 1 or more of the following choices)

| | | |
|---|---|---|
| | Plan payments remain at $_____ per month | |
| X | ~~INCREASE/~~DECREASE monthly payment from $2,951.54 per month to $2,625.00 per month | |
| X | Extend/~~Shorten~~ months from ___60___ months to ___84___ months | |
| | Add balloon payment of $_____ in _____ month (indicate how the balloon payment will be made) | |
| X | Cure Arrears of $12,756.16 through ___09/2021___ (month & year that case will be brought current through) | |

### III.

### RESUMPTION OF PAYMENTS TO THE TRUSTEE
(all information below must be complete)

Payments to the Trustee in the amount of $2,625.00 will resume on or before October 1, 2021 (date payment starts) for ___32___ months remaining in the Modified Plan.

Base amount remains the same in the amount of $_____. (Only use if not making any changes to debtor payments)

Base amount will change from $147,916.04 to $192,596.02.

**If the base amount has changed complete the following:**

| Total Paid in as of the last month: | $108,596.02 |
|---|---|
| (+) Any payments made between this month & the month payments resume above (if any): | $0.00 |
| (+) Plus Total Payments to be made through the Remainder of the plan (payment above multiplied by remaining months): | $84,000.00 |
| (=) **New Base Amount** | $192,596.02 |

### IV.

### TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2021-05. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

(Check 1 of the following 2 choices)

| X | The unsecured creditor pool remains $0.00_____ |
|---|---|
|   | The unsecured creditor pool changes from $_____ to $_____ |

(Check 1 of the following 2 choices)

|   | The projected payout to general unsecured creditors remains ____% |
|---|---|
| X | The projected payout to general unsecured creditors changes from 3% to 2% |

## V.

## **SECURED, PRIORITY OR SPECIAL CLASS TREATMENT**

**ADD/SURRENDER/CHANGE** the following Secured, Priority or Special Class Unsecured Creditor(s):

**CODES:** A = ADD; S = SURRENDER; CT =CHANGE TO

| Code | Name | Class | Amount | Collateral / Consideration | Value | Interest Rate | Monthly Pmt. Surrender Direct |
|---|---|---|---|---|---|---|---|
| CT | Rushmore Loan Mgt. Services, LLC | Secured | $214,308.54 | Homestead – 1st Lien (Contractual Payment) | $250,000.00 | N/A | $1,704.71 |
| CT | Rushmore Loan Mgt. Services, LLC | Secured | $20,064.96 | Pre-Petition Mortgage Arrears | $250,000.00 | N/A | $640 beginning with the April, 2024 disbursement (month 83 of plan) |
| CT | Rushmore Loan Mgt. Services, LLC | Secured | $650.00 | Post-Petition Mortgage Fees per notice filed on 12/1/2017 | $250,000.00 | N/A | $72.32 beginning with the March, 2024 disbursement (month 82 of plan) |
| A | Sam C. Gregory, PLLC | Priority | $650.00 | Attorney Fees and Costs for this Motion | N/A | N/A | Direct |

or

\_\_\_\_\_ Check here if no changes are to be made to creditors

**Note: Changes to any creditors above shall not be effective until the Modification is Approved.**

## VI.

## **ATTORNEY'S FEES**

Debtor's(s') attorney shall be allowed an additional fee for this Modification in the total amount of $650.00 of which $0.00 will be paid through the Plan by the Trustee.

## VII.

## REASON FOR MODIFICATION

Mr. Brawley's employer reassigned him to a different position earlier this year which resulted in a decrease in pay. Then, in May, 2021 one of his children was diagnosed with COVID-19. The child diagnosed with COVID-19 required full-time care which further reduced Mr. Brawley's household income. These two events led directly to the delinquency being addressed by this modification. Mr. Brawley's child has recovered and recently returned to school. Additionally, Mr. Brawley has now returned to his previous position which will allow him to bring home more income. As a result, Mr. Brawley believes he is now in a position to move forward with his plan. He is unable to cure the plan delinquency without modifying the plan as proposed herein.

## VIII.

## BUDGET INFORMATION

Debtor(s) will be filing an updated budget (Schedules I & J) with the Court.

## IX.

## NONSTANDARD PROVISIONS

**The following nonstandard provisions, if any, constitute terms of this *Plan*. Any nonstandard provision placed elsewhere in the *Plan* is void.**

None

**I, the undersigned, hereby certify that the Plan Modification contains no nonstandard provisions other than those set out in this final paragraph.**

Respectfully submitted,

Sam C. Gregory, PLLC
2742 82nd Street
Lubbock, Texas 79423
Phone: (806) 687-4357
Fax: (806) 687-1866
E-mail: sam@samcgregory.com

By:   /s/ Sam Gregory
      SAM GREGORY
      SBN 00792547

Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above "Modification of Plan after Confirmation, Notice of Hearing and Notice of Trustee's Pre-Hearing Conference" was served on this   24th   day of   August  , 2021, on all parties on the attached matrix, by depositing same in the United States Mail with proper postage affixed.

  /s/ Sam Gregory
SAM GREGORY

| | | |
|---|---|---|
| Ally Financial<br>xxxxxxxx9331<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Midland Credit Management<br>xxxx-xxxx-xxxx-1224<br>P.O. Box 2011<br>Warren, MI 48090 | Tea Olive, LLC<br>x3493<br>P.O. Box 1931<br>Burlingame, CA 94011-1931 |
| Christopher Lynn Brawley<br>234 County Road 107-I<br>Seminole, TX 79360 | Office of the U.S. Attorney<br>Attorney-In-Charge<br>1205 Texas<br>Lubbock, Texas 79401 | Verizon by American InfoSource<br>0001<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| City Bank<br>xxx2982<br>P.O. Box 5060<br>Lubbock, TX 79408-5060 | OneMain Financial<br>5517<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | |
| Credit One<br>xxxx-xxxx-xxxx-6874<br>c/o Resurgent Capital / LVNV<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Portfolio Recovery<br>1153<br>P.O. Box 41067<br>Norfolk, VA 23541 | |
| DirecTV<br>xxx0709<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | PRA Receivables Mgt., LLC<br>P.O. Box 41021<br>Norfolk, VA 23541 | |
| Gaines Co. Appraisal Dist.<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, et. a<br>P.O. Box 817<br>Lubbock, TX 79408 | RAS Crane, LLC<br>Bankruptcy Department<br>10700 Abbotts Bridge Rd., Ste.<br>Duluth, GA 30097 | |
| IRS (Internal Revenue Service)<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Robertson, Anschutz & Schneid<br>Bankruptcy Department<br>6409 Congress Ave., Ste 100<br>Boca Raton, FL 33487 | |
| Jefferson Capital Systems, LLC<br>xxxxxx0284<br>P.O. Box 7999<br>Saint Cloud, MN 56302-9617 | Rushmore Loan Management<br>xxxxxx4262<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | |
| Krystal Martinez<br>307 S.E. Avenue K<br>Seminole, TX 79360 | Seminole Memorial Hospital<br>c/o Account Services<br>1802 N.E. Loop 410 Ste. 400<br>San Antonio, TX 78217 | |
| McCarthy, Holthus, LLP<br>1255 West 15th Street, Suite 10<br>Plano, TX 75075 | Seminole Memorial Hospital Clin<br>xxxx3346<br>209 NW 8th Street<br>Seminole, TX 79360-3447 | |